01

02

03

04

05             UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
06                      AT SEATTLE

07 | MELANIE ANN TERRIAN,                )
   |                                     )  CASE NO. C2:13-CV-2082-RSL-JLW
08 |         Plaintiff,                   )
   |                                     )
09 |    v.                                )  ORDER AFFIRMING
   |                                     )  COMMISSIONER
10 | CAROLYN W. COLVIN, Acting           )
   | Commissioner of Social Security,    )
11 |                                     )
   |         Defendant.                  )
12 |_____)

13      The Court has reviewed the entire record, including the Administrative Record, the

14 memoranda of the parties, and the Report and Recommendation of United States Magistrate

15 Judge John L. Weinberg.   It is therefore ORDERED:

16      (1)   The Court adopts the Report and Recommendation;

17      (2)   The Court AFFIRMS the decision of the Commissioner; and

18      (3)   The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

19      Dated this 23rd day of September, 2014.

20

21                                          /s/ Robert S. Lasnik
                                            ROBERT S. LASNIK
22                                          United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1